IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY NABOR OROSCO,** | Case No. 2:19-cv-02624-JAM-DMC (HC) |
| Petitioner, | **ORDER GRANTING APPLICATON FOR FIRST ENLARGEMENT OF TIME TO FILE AN ANSWER TO THE PETITION FOR WRIT OF HABEAS CORPUS** |
| **v.** | |
| **JOSIE GASTELO,** | |
| Respondent. | |

IT IS HEREBY ORDERED that the application for first enlargement of time to file an

answer to the petition for writ of habeas corpus filed as a Motion for Extension of Time [Doc. 9]

be granted enlarging by thirty additional days the time for Respondent to file a responsive

pleading and allowing Respondent to and including April 22, 2020, to file such pleading.

Dated:  March 19, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1