1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| ANTHONY NABOR OROSCO, | No.  2:19-CV-2624-KJM-DMC-P |
| Petitioner, | |
| v. | ORDER |
| JOSIE GASTELO, | |
| Respondent. | |

Petitioner, a state prisoner proceeding with retained counsel, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254.  Pending before the Court is Petitioner's motion, ECF No. 19, for an extension of time to file objections to the Court's July 7, 2022, findings and recommendations.  Good cause appearing therefor based on counsel's declaration indicating the need for additional time due to excusable neglect in calendaring the due date for objections, Petitioner's motion is granted.  Objections are due within 30 days of the date of this order.

IT IS SO ORDERED.

Dated:  November 14, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1