IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY NABOR OROSCO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JOSIE GASTELO,<br><br>　　　　　Respondent. | No. 2:19-CV-2624-KJM-DMC-P<br><br>ORDER |

　　　　Petitioner, a state prisoner proceeding with retained counsel, brought this petition for a writ of habeas corpus under 28 U.S.C. § 2254. Final judgment was entered on February 21, 2023, and Petitioner has appealed. Pending before the Court in this closed case is Petitioner's pro se motion for leave to proceed in forma pauperis on appeal. See ECF No. 28. Petitioner's motion is DENIED without prejudice to renewal in the Ninth Circuit Court of Appeals.

　　　　IT IS SO ORDERED.

Dated:  January 12, 2024

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE